UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-44921

IN RE:
Ricardo Perez
Vivian Perez
Debtor
_______________________________/

TRUSTEE'S OBJECTION TO CLAIM ON NEGATIVE NOTICE
NOTICE OF TRUSTEE'S OBJECTION TO
CLAIM # 19.2 FILED BY Capital One, NA

IMPORTANT NOTICE TO CREDITORS

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Trustee, Nancy K Neidich, Esquire, P.O. Box 279806, Miramar, Florida 33027. OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

.

Pursuant to Bankruptcy Rule 3007, the Trustee objects to the following claims(s) filed in this case::

| Claim # | Name of Claimant | Recommended Disposition |
|---|---|---|
| 19.2 | Capital One, NA. | Strike and Disallow: The creditor has rejected funds as the creditor considers the claim satisfied. . |

RESPECTFULLY SUBMITTED:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/____________________
☐ Adisley Cortez-Rodriguez, Esq.
FLORIDA BAR NO: 0091727
■ Amy Carrington, Esq.
FLORIDA BAR NO: 101877
☐ Jose Ignacio Miceli, Esq.
FLORIDA BAR NO: 0077539

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objection to Claim # 19.2 was served through NEF on debtor's attorney and by US First Class Mail to:

Capital One Auto Finance
P.O. Box 201347
Arlington, TX 76006

by certified mail:

RICHARD D. FAIRBANK, chairman and CEO
CAPITAL ONE BANK
holder of Capital One Auto Finance
P.O. BOX 85015
RICHMOND, VA 23285-5015

NANCY K NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE



CHAPTER 13 TRUSTEE
2015 SEP 28 AM 11:19

September 17, 2015

Attention:
NANCY K NEIDICH
CHAPTER 13 STANDING TRUSTEE
PO BOX 278783
MIRAMAR, FL 33027

Re: Case # 10-44921-LMI & # 11-18971-LMI
Acct ending# 5001 & 5010
Debtor name: RICARDO & VIVIAN PEREZ
RUBEN & ELIANA TEJEDA

NANCY K NEIDICH,

We are returning the payment you sent to us for the applicable account. Capital One considers the above referenced account satisfied. No payments on this account are necessary.

Please contact us using the information below if you have any further questions.

Sincerely,
Capital One Bankruptcy Operations
BKTrusteeInquiries@capitalone.com
Phone #804-284-2030
Fax #804-284-9421

✓ Cancel
Reissue
Reissue w/POC
Researched
Reserve
US Cts